FILED
AUG 26 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dawn Norman, </br></br>  Plaintiff, </br></br> v. </br></br> Aston Judiciary Square *et al.*, </br></br>  Defendant. | Civil Action No. 11 1539 |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Richmond, Virginia, sues two defendants in Washington D.C., one

in Richmond, Virginia, and another in New York, New York. *See* Compl. Caption. She seeks damages exceeding $121 million "for withholding official documentation and trespassing – out of warrent [sic] – illegal entry on property . . . ." Compl. at 1. The cryptic complaint fails to provide any notice of a claim or a basis for federal court jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/
United States District Judge

Date: August 16, 2011